UNITED STATES of America,
Plaintiff–Appellee,

v.

Ernesto LEYVA, Jr., Defendant–
Appellant.

No. 06–40162
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

July 13, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, H. Michael Sokolow, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Ernesto Leyva, Jr., raises arguments that are foreclosed by *United States v. Slaughter*, 238 F.3d 580, 582–84 (5th Cir.2000), which held that *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.